PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Julius Hayes

Crim. No.  4:19CR03112

On January 17, 2019 the above named was placed on probation/supervised release for a period of 120 Months.  The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Leslee Van Winkle*
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15th day of August, 20 23.

*John M. Gerrard*
John M. Gerrard
Senior U.S. District Judge